IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN J. DANIELS,

      Petitioner,                   No. CIV S-07-1914 LEW KJM P

   vs.

GLENN COUNTY SUPERIOR COURT,

      Respondent.                <u>ORDER</u>

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. On August 8, 2007, the District Court for the Northern District of California transferred a case to this court, which was opened as <u>Daniels v. Glenn County Superior Court</u>, Civ. No. S-07-1568 GEB GGH P. On September 5, 2007, the petition was dismissed, but petitioner was given leave to file an amended petition. The instant action was filed September 14, 2007. It appears that this petition is the amended petition, intended for filing in Civ. No. S-07-1568 GEB GGH P.

        IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to remove the petition filed in this action and file it in <u>Daniels v. Glenn County Superior Court</u>, Civ. No. S-07-1568 GEB GGH P, along with a copy of this order; and

1         2. The Clerk of the Court is directed to close this case.

2 DATED: October 12, 2007.

                                              _____
                                              U.S. MAGISTRATE JUDGE

2

dani1914.ord